JS-6
(Admin-Stay)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | EDCV 24-00583-KK-DTBx | Date: | September 20, 2024 |
|---|---|---|---|

Title: *Chacon v. Barclays Bank Delaware*

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order GRANTING Stipulation to Stay Case Pending Plaintiff's Bankruptcy [Dkt. 37]

On September 19, 2024, the Parties filed a Stipulation to Stay Case Pending Plaintiff's Bankruptcy and to Extend the Deadline to File a Motion for Reconsideration ("Stipulation") seeking to stay this action pending the conclusion of plaintiff Maicol Chacon's ("Plaintiff's") Chapter 7 bankruptcy proceeding in the Central District of California. Dkt. 37.

Accordingly, the Stipulation is **GRANTED**, and this action is **STAYED** pending completion of Plaintiff's Chapter 7 bankruptcy proceeding. Plaintiff shall file a status report **no later than January 20, 2025, and every ninety days thereafter**, unless otherwise ordered by the Court. Failure to file timely status reports will result in sanctions which may include dismissal for failure to prosecute and/or comply with Court orders. See Fed. R. Civ. P 41(b).

**IT IS FURTHER ORDERED** that the Clerk of Court shall administratively close this action. (JS-6).